FILED
ASHEVILLE, N.C.
JUN 28 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN RE: Adoption of District )
Employment Dispute Resolution ) No. 1:21 MC 16
Plan )
)
)

# ORDER

This matter is before the Court on its own motion to adopt a revised Employment Dispute Resolution Plan for the Western District of North Carolina in accord with the National Model Employment Dispute Resolution Plan of September 17, 2019. The Court having previously adopted a new Employment Dispute Resolution Plan, and having been requested to make some revisions thereto;

**IT IS THEREFORE ORDERED:**

That the Western District of North Carolina Employment Dispute Resolution Plan (as revised) which is attached hereto and incorporated herein by reference is hereby adopted and implemented as the Plan for the United States District Court for the Western District of North Carolina, effective upon the approval by the Fourth Circuit Judicial Council. In accord with said Plan, the EDR Coordinator and Alternate EDR Coordinator(s) for the District will be appointed by the Chief Judge of the District in accord with the terms of the Plan by separate Order. The Employment Dispute Resolution Plan as adopted by the Court on May 26, 2021, as well as the Sexual Harassment Policy for the Western District of North Carolina of August 30, 1993 (3:93mc178, Doc. 1), and as reimplemented January 27, 2015 (Id., Doc. 3) are hereby **SUPERCEDED** by the Employment Dispute Resolution Plan for the Western District of North Carolina.

It is further Ordered that the Clerk of the United States District Court shall submit a copy of this Employment Dispute Resolution Plan to the Chief, Fair Employment Practices, Administrative Office of the United States Courts and to Mr. James Ishida, Circuit Executive for the Fourth Circuit for approval by the Fourth Circuit Judicial Council.

This __23__ day of June, 2021.

_____
Martin Reidinger
Chief U.S. District Judge

_____
Robert J. Conrad, Jr.
U.S. District Judge

_____
Frank D. Whitney
U.S. District Judge

_____
Max O. Cogburn, Jr.
U.S. District Judge

_____
Kenneth D. Bell
U.S. District Judge

_____
Richard L. Voorhees
Senior U.S. District Judge

_____
Graham C. Mullen
Senior U.S. District Judge