# UNITED STATES COURT OF APPEALS

# FOR THE FOURTH CIRCUIT

# JUDICIAL COUNCIL

| | | |
|---|---|---|
| In the Matter of the Review of the | * | |
| Revised Employment Dispute Resolution | * | No. 434 |
| Plan of the United States District Court for | * | |
| the Western District of North Carolina | * | |

**O R D E R**

The Employment Dispute Resolution Plan of the United States District Court for the Western District of North Carolina, as revised, which is attached to and made a part of this Order, is hereby approved by the Judicial Council of the Fourth Circuit, and it is so ORDERED.

FOR THE COUNCIL:

*James N. Ishida*
James N. Ishida
Secretary

Date: July 20, 2021

Office of the Circuit Executive
**United States Courts
of the Fourth Circuit**

James N. Ishida
Circuit Executive

1000 East Main Street
Richmond, Virginia 23219-3518

June 20, 2021


To:      Hon. Martin Reidinger
            Chief Judge, Western District of North Carolina

From:    James N. Ishida

RE:      **Approved—Western District of North Carolina District Court EDR Plan**


I am pleased to inform you that the Fourth Circuit Judicial Council has approved the Western District of North Carolina District Court's revised Employment Dispute Resolution Plan. Council Order 434 is attached.

Stay safe!


swp

Attachment


cc:     Geetha Ravindra
        Kimberly Llewellyn