UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | Appointment of Alternate EDR Coordinators | )<br>)    No. 1:21MC16<br>) |

The Employment Dispute Resolution Plan for the Western District of North Carolina was approved by the Judicial Council of the Fourth Circuit on July 20, 2021, and therefore effective that date. The EDR Plan, Chapter Section VI(B) states that the Chief Judge shall designate at least one alternate EDR Coordinator.

**IT IS HEREBY ORDERED** that Tammy Hightower, Operations Manager, and Terry Leitner, Chief Deputy Clerk, are appointed as alternate EDR Coordinators for the United States District Court for the Western District of North Carolina.

This 27 day of July, 2021.

Martin Reidinger
Chief U.S. District Judge